BARGER & WOLEN LLP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| JULIA HADLEY,<br><br>                Plaintiffs,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation, and DOS 1 thru 50, inclusive,<br><br>                Defendants. | Case No.: 2:09-cv-00414-WBS-EFB<br><br>Action Filed : 01/09/2009<br><br>**ORDER RE: STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE HEARING ON PRUDENTIAL'S MOTION TO DISMISS THE THIRD, FOURTH AND FIFTH CLAIMS FOR RELIEF IN PLAINTIFF'S COMPLAINT**<br><br>DATE:  March 30, 2009<br>TIME:   2:00 p.m.<br>CTRM.: 5, 14th FL<br><br>[Filed Concurrently With:<br>- Stipulation] |

Case No.: 2:09-cv-00414-WBS-EFB

ORDER

| | |
|---|---|
| 1 | Having reviewed the stipulation submitted by Defendant The Prudential |
| 2 | Insurance Company of America ("Prudential") and for good cause shown, it is |
| 3 | hereby ordered that counsel for Prudential, Robert J. McKennon, Esq. is permitted |
| 4 | to appear telephonically via his phone number (949) 798-5861 at the March 30, |
| 5 | 2009 hearing on Prudential's motion to dismiss. The courtroom deputy shall initiate |
| 6 | the telephone conference call. |

DATED: March 25, 2009

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

BARGER & WOLEN LLP

By: _____
ROBERT J. MCKENNON
SCOTT E. CALVERT
Attorneys for Defendant
The Prudential Insurance Company
of America