1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

8

9

10

| | |
|---|---|
| JULIA HADLEY, | Case No.: 2:09-cv-00414-WBS-EFB |
| Plaintiffs, | Action Filed : 01/09/2009 |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation, and DOES 1 thru 50, inclusive, | **ORDER GRANTING STIPULATION OF COUNSEL FOR DISMISSAL OF CASE WITH PREJUDICE** |
| Defendants. | [Filed Concurrently With:<br> - Stipulation for Dismissal] |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 2:09-cv-00414-WBS-EFB

[PROPOSED] ORDER GRANTING STIPULATION OF COUNSEL FOR
DISMISSAL OF CASE WITH PREJUDICE

BARGER & WOLEN LLP

## ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice.

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

DATED:  March 4, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE